**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| CARLOS RUIZ, Plaintiff, v. KENNETH WILLIAMS, *et al.*, Defendants. | Case No. 3:25-CV-00506-MMD-CLB **ORDER RE: SERVICE OF PROCESS** |

Before the Court is Plaintiff Carlos Ruiz's motion requesting issuance of summons and service for Defendant Amy Barrats. (ECF No. 17.) The Office of the Attorney General did not accept service of process on behalf of **AMY BARRATS (BARATS)**. (ECF No. 14.) However, the Attorney General has filed the last known address of this Defendant under seal. (ECF No. 15.)

Accordingly, Plaintiff's motion, (ECF No. 17), is **GRANTED**. The Clerk shall **ISSUE** a summons for the above-named Defendant and send the same to the U.S. Marshal with the address provided under seal. (ECF No. 15.) The Clerk shall also **SEND** sufficient copies of the complaint, (ECF No. 12), the screening order, (ECF No. 6), and this order to the U.S. Marshal for service on the Defendant. The Court will separately provide to the U.S. Marshal a completed USM 285 form for the Defendant.

Plaintiff is reminded that if the above-named Defendant is not served by November 19, 2026, he will be dismissed for failure to complete service of process pursuant to Fed. R. Civ. P. 4(m).

**DATED**: September 22, 2026

**UNITED STATES MAGISTRATE JUDGE**